UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-08722-MEMF-PD                                      Date: March 5, 2024

Title  <u>Sumaira Rahman et al v. MTGLQ Investors, L.P., et al.</u>

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On October 23, 2023, Defendants MTGLQ Investors, L.P. ("MTGLQ") and Rushmore Loan Management Services LLC ("Rushmore") filed their individual motions to dismiss (ECF Nos. 11, 15). On October 25, 2023, Defendant Quality Loan Service Corp. ("Quality"). Plaintiffs Sumaira Rahman and Syed Rahman's (collectively, the "Rahmans") oppositions to the motions to dismiss were due November 6 and 8, 2023, respectively. However, the Rahmans have failed to file any opposition.

The Court thus holds the current motions to dismiss (ECF Nos. 11, 15, and 17) in abeyance. The Court orders the Rahmans to show cause in writing no later than Friday, March 8, 2024, why this action should not be dismissed for lack of prosecution. It is the responsibility of plaintiffs to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. As an alternative to a written response by plaintiff(s), the Court will accept: an opposition to the outstanding motions to dismiss. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to comply with this Order may result in dismissal of the case.

**Initials of Preparer**  :
                            DBE